

Andrew J. Avsec
312-840-3260
aavsec@brinksgilson.com

**BRINKS GILSON & LIONE**

A Professional Corporation

Intellectual Property
Law Worldwide

May 8, 2015

*VIA E-mail (bring@bnrpc.com) and FedEx*

Berton N. Ring, Esq.
Berton N. Ring, P.C.
123 W. Madison, 15th Floor
Chicago, IL 60602

Re: **Gabiola v. Mugshots.com, LLC, et al, 14-CV-09351
Northern District of Illinois**

Dear Mr. Ring:

    Our client Whois Privacy Service Pty Ltd. has been served with summons intended for Openbare Dienst Internationale, LLC and Unpublish LLC. However, Whois Privacy Service is not a defendant in the above-referenced matter, and it appears to have been served with the mistaken belief that Whois Privacy Service acts as an agent for these entities. Whois Privacy Service is not a registered agent and is not authorized to accept service on behalf of third-parties.

    Whois Privacy Service has disabled its privacy protection services for the domain name unpublish.com, the only domain name in the Complaint for which it was providing privacy protection services. Whois Privacy Service does not have any contact information available for unpublish.com other than what is now available publicly.

    We trust you will communicate directly with Openbare Dienst Internationale, LLC and Unpublish LLC going forward.

Sincerely,

Andrew J. Avsec