## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PETER GABIOLA, on behalf of himself and all other similarly situated individuals, ) ) ) | |
| Plaintiff, ) ) ) | No. 14-cv-9351 |
| v. ) ) | |
| MUGSHOTS.COM, LLC, a Delaware Limited Liability Company; JOKULSA LAEKUR LLC d/b/a "Mugshots.com"; JULKISUUDESSA, LLC; OPENBARE DIENST INTERNATIONALE, LLC; UNPUBLISH, LLC, An Australia Limited Liability Company; UNPUBLISH LLC, a Florida Limited Liability Company; UNPUBLISH, LLC, a Wyoming Limited Liability Company; HAMMERMILL & MASTERSON LLC d/b/a Unpublisharrest.com, a Wyoming Limited Liability Company; HAMMERMILL & MASTERSON LLC d/b/a Unpublisharrest.com, a Florida Limited Liability Company; WILLIAM FOWLER; THOMAS KEESEE; MARC GARY EPSTEIN; GARY DECKER; AXEL OSTLUND; CHARLES WINSLOW; MICHAEL ROBERTSON a/k/a/ MICHAEL J. ROBERTSON, ARI EPSTEIN; and UNPUBLISHING SERVICES, LLC, a Wyoming Limited Liability Company, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Honorable Judge Charles Norgle |
| Defendants. ) | |

## AGREED MOTION FOR LEAVE TO FILE A
## BRIEF IN EXCESS OF FIFTEEN PAGES

Defendants MARC GARY EPSTEIN, THOMAS KEESEE and HAMMERMILL & MASTERSON LLC (a Wyoming Limited Liability Company) hereby move for leave to file a brief in excess of fifteen pages in support of their motion to dismiss Plaintiff's First Amended Complaint. In support of this motion, these Defendants state as follows:

1.      Plaintiff's forty page First Amended Complaint contains 283 separate paragraphs of allegations. The five count complaint purports to state class action claims under the Illinois Right of Publicity Act, the Illinois Consumer Fraud Act, the Florida Right of Publicity Act, and the Florida Consumer Protection Act.

2.      Defendants' response to the First Amended Complaint is due on June 19, 2015.

3.      These Defendants intend to move, pursuant to Rule 12(b), to dismiss the First Amended Complaint on three separate and distinct grounds – lack of subject matter jurisdiction, lack of personal jurisdiction, and Plaintiff's failure to state a claim upon which relief can be granted.

4.      Defendants believe that it would be most efficient to file a single brief in support of all three of their separate and distinct Rule 12(b) defenses. This will allow Defendants to fully address the multiple grounds for dismissal in a single, integrated supporting brief. In order to do so, however, Defendants require an extension of the fifteen page limit for their supporting brief. Accordingly, Defendants respectfully request that the Court grant them leave to file a twenty-eight (28) page brief in support of their motion.

5.      Plaintiff has agreed to Defendants' request for leave to file a twenty-eight (28) page brief, provided that Plaintiff is allowed the same page limit for his response.

WHEREFORE, Defendants MARC GARY EPSTEIN, THOMAS KEESEE and HAMMERMILL & MASTERSON LLC (a Wyoming Limited Liability Company) respectfully request that the Court (1) grant Defendants leave to file a brief in excess of fifteen pages and not to exceed twenty-eight (28) pages in support of their motion to dismiss Plaintiff's First Amended Complaint and (2) grant Plaintiff leave to file a response brief of up to twenty-eight (28) pages in length.

                                              /s/ Michael A. Stick
                                       One of the Attorneys for These Defendants

Michael A. Stick
Emily G. Rottier Goebel
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street, Suite 1800
Chicago, IL 60602-4257
Telephone: 312-444-9660
Facsimile: 312-444-9286

526811v1