Peter Gabiola

                    Plaintiff,

v.                                          Case No.: 1:14–cv–09351

                                            Honorable Charles R. Norgle Sr.

Mugshots.com, LLC, et al.

                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 23, 2015:

      MINUTE entry before the Honorable Charles R. Norgle: The June 26, 2016 notice of motion hearing is stricken. The court will issue an order. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.